# United States Court of Appeals for the Fifth Circuit

---

No. 23-11233
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

May 14, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ROBERT EUGENE STALLINGS,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:19-CR-217-1

---

Before KING, HAYNES, and GRAVES, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Robert Eugene Stallings has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Stallings has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Stallings's

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-11233

claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Stallings's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.